JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALLAS POTTISH, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>PLANTAIN PRODUCTS COMPANY, a Florida corporation; and DOES 1-10, inclusive,<br><br>  Defendants. | Case No. 8:18-cv-00904-FMO-JPR<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE ACTION**<br><br>Complaint filed: May 24, 2018 |

**ORDER GRANTING DISMISSAL OF ENTIRE ACTION**

| | |
|---|---|
| 1 | The Court, having considered the Parties' Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses Plaintiff's Complaint in the above-entitled action. Plaintiff's individual claims are dismissed with prejudice. The class allegations are dismissed without prejudice. Each party shall bear its own costs and attorneys' fees. |

IT IS SO ORDERED.

Date: October 9, 2018       By: ___/s/_____
                                                 Hon. Fernando M. Olguin
                                                 United State District Judge